

**15 2833**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Thongbra, Inc.

    V.

Brian K. Sparkes
d/b/a
TheSurgicalBra.com

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, Thongbra, Inc.
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

5/21/2015           _____
Date                            Signature

Counsel for:    Thongbra, Inc.

Federal Rule of Civil Procedure 7.1 Disclosure Statement
    (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
          (1)   identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

          (2)   states that there is no such corporation.

**MAY 20 2015**

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
          (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
          (2)   promptly file a supplemental statement if any required information changes.